**FILED**

May 3, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:11-cr-00540-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| TIMOTHY CONSTANCIO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Timothy Constancio; Case 2:11-cr-00540-DAD

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    X    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of $

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 5/3/2012 at 2:30 p.m.

By _____

Kendall J. Newman
United States Magistrate Judge