IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY AMADO CONSTANCIO,<br><br>　　　　Defendant. | 2:11-cr-00540-DAD<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |

**ORDER TO SHOW CAUSE**

It is Hereby Ordered that the defendant appear on May 19, 2015, at 10:00 a.m. to show cause why the probation granted on June 5, 2012, should not be revoked for the defendant's failure to pay his Court-ordered fine and special assessment; for committing another federal, state, or local crime; for unlawfully possessing a controlled substance; and for failing to notify the United States

///
///
///
///

Order to Show Cause                                    United States v. Constancio

1  Attorney's Office within seventy-two hours of being arrested.  The
2  Clerk's office shall issue a summons directing the defendant to
3  appear on May 19, 2015, at 10:00 a.m.
4      IT IS SO ORDERED.
5  Dated:  April 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
constancio0540.pet.revoke.prob