HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TIMOTHY AMADO CONSTANCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00540-DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ARRAIGNMENT |
| v. | |
| TIMOTHY AMADO CONSTANCIO, | Date:   May 26, 2015<br>Time:   10:00 a.m.<br>Judge:  Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ELLIOT WONG, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for TIMOTHY AMADO CONSTANCIO, that the court continue the probation revocation hearing set for May 19, 2015 to May 26, 2015, at 10:00 a.m.

The reason for this continuance is that the parties will be in trial that week in another court room.

/ / /

/ / /

-1-

Accordingly, the parties request that this matter be continued to May 26, 2015 at 10:00 a.m.

DATED: May 13, 2015            Respectfully submitted,

           HEATHER WILLIAMS
           Federal Defender

           /s / Linda Harter for
           LINDA HARTER
           Chief Assistant to the Federal Defender
           Attorneys for Defendant
           TIMOTHY AMADO CONSTANCIO

Dated: May 13, 2015            BENJAMIN B. WAGNER
           United States Attorney

           */s/ Linda c. Harter for*
           ELLIOT WONG
           Special Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: May 15, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
constancio0540.stipo.cont