FILED

MAY 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TIMOTHY AMADO CONSTANCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00540-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE PROBATION REVOCATION HEARING |
| v. | ) |
| TIMOTHY AMADO CONSTANCIO, | ) Date: May 29, 2015 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ELLIOT WONG, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for TIMOTHY AMADO CONSTANCIO, that the court continue the probation revocation hearing set for May 26, 2015 to Friday, May 29, 2015, at 10:00 a.m.

The reason for this continuance is that the defendant's only days off from work are Fridays.

///

Accordingly, the parties request that this matter be continued to Friday, May 29, 2015 at 10:00 a.m.

DATED: May 13, 2015                     Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        /s / Linda Harter for
                                        LINDA HARTER
                                        Chief Assistant to the Federal Defender
                                        Attorneys for Defendant
                                        TIMOTHY AMADO CONSTANCIO

Dated: May 13, 2015                     BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Linda c. Harter for
                                        ELLIOT WONG
                                        Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 5/22/15                          _____
                                        HON. DALE A. DROZD
                                        United States Magistrate Judge